United States District Court
Southern District of Texas
FILED

SEP 2 4 2004

Michael N. Milby, Clerk

IN THE UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **BRIDGET ARAGON** | § | IN THE DISTRICT COURT |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § 4-04cv2451 JUDICIAL DISTRICT |
| | § | |
| | § | |
| **WALMART-MART STORES, INC.** | § | |
| **Defendant.** | § | OF HARRIS COUNTY, TEXAS |

### PLAINTIFF ARAGON'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff Aragon hereby declares the following persons or entities have an interest in the instant case:

1. Wal-Mart Stores, Inc.
   702 Southwest 8th St.
   Bentonville, Arkansas, 72716
   479-273-4000
   Wal-Mart Store is a corporation

2. Bridget Aragon
   c/o Mario Caballero
   10109 Hammerly
   Houston, Tx. 77080
   713-468-1111

3. Mario Caballero, Atty.
   Atty. for Aragon
   10109 Hammerly
   Houston, Tx. 77080
   Phone 713-468-1111
   Fax 713-468-1118

4. John A. Ramirez
   Atty. for Wal-Mart Stores
   24 Greenway Plaza, Ste. 1700
   Houston, TX. 77046
   Phone 713-626-1555
   Fax 713-622-8077

Respectfully submitted,

By: *[signature]*
Mario Caballero, Atty.
SBN 03568900
10109 Hammerly
Houston, Tx. 77080
Texas Bar No. 03568900
Phone 713-468-1111
Fax 713-468-1118
Atty. for Bridget Aragon

## CERTIFICATE OF SERVICE

I certify that on September 24, 2004, a true and correct copy of Plaintiff's Certificate of Interested Parties was served by certified mail, return receipt requested on John Ramirez at 24 Greenway Plaza, Suite 1700, Houston, Tx. 77046..

*[signature]*
Mario Caballero, Atty.