UNITED STATES COU
SOUTHERN DISTRICT OF TEXAS
FILED
OCT 20 2004

R. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRIDGET ARAGON § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. H 04-2451 |
| V. § | |
| § | |
| WALMART-MART STORES, INC. § | |
| Defendant. § | |

**PLAINTIFF BRIDGET ARAGON INITIAL DISCLOSURES**

Plaintiff Bridget Aragon, through her attorney Mario Caballero, hereby makes the following initial disclosures to opposing party pursuant to the rules of Federal Rules of Civil Procedure 26(a).

(1) (A)-The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless soley for impeachment, identifying the subjects of the information.

Answer:

1. Bridget Aragon- 8701 Braeswood Apt. 18, Houston, Tx. 77031. Phone-713-773-2708.

2. Melissa Pullig (maiden at the time and now goes by Melissa Waldrum)- phone- 281-419-0528, address unknown.

3. Kenneth Waldrum- 281-419-0528, address unknown.

4. Pierson Sheila- phone and address unknown.

5. Rebecca Aragon-address- 2718 Chicago Ave., Dickenson, Tx. 77539; phone- 281-650-7125.

6. Ken Burton- 936-538-8051, address unknown.

1

7. Daniel Casey- phone unknown and address unknown.

8. All medical personnel that treated Bridget Aragon. Names and addresses will be provided later.

(1) (B)- A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claim or defenses, unless soley for impeachment.

Answer:

1. None at the moment.

(1) (C)- A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered; and

Answer:

1. Plaintiff is working to acquire medical records and upon receipt will be to provide a computation of the damages and the material bearing on nature and extent of injuries suffered.

2. The accident report done by Walmart on June 3, 2004 and in the possession of defendants.

(1) (D)- For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment

which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Answer: None.

Sincerely,

*[signature: Mario Caballero]*

Mario Caballero, Atty.

### Certificate of Service

I, Mario Caballero, hereby certifies that he delivered by certified mail a copy of these initial disclosures to defendant Wal-Mart Stores' attorney John A. Ramirez, Inc on October 20, 2004.

*[signature: Mario Caballero]*
_____
Mario Caballero, Atty.